UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23938-CIV-SCOLA

BARBARA ALEXIS, and others,

    Plaintiffs,

v.

NOMI HEALTH, INC., a Delaware Corporation, and
MEDX STAFFING INC., a Utah Corporation,

    Defendants.
_____/

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES PENDING RESOLUTION OF MOTION TO COMPEL ARBITRATION

Plaintiffs, BARBARA ALEXIS, et al., by and through their undersigned counsel, hereby file their response to Defendants' Motion to Stay Discovery and Pretrial Deadlines Pending Resolution of Motion to Compel Arbitration and states as follows:

Plaintiffs do not object to a stay pending the resolution of Defendants' Motion to Compel Arbitration or, in the alternative, to Dismiss for Failure to State a Claim (DE 15). Plaintiffs do note two issues for the court. First, Defendants have only produced signed agreement for 46 of the 57 Plaintiffs. The following Nine (9) Plaintiffs or Opt-In Plaintiffs do not have a signed agreement:

- Kimberly Drake
- Gina Delanay
- Emma Jacinthe
- Nadege Joseph
- Samantha Mondesire
- Quamea Richards
- Lateechia Rule
- Regine Desire
- Yola Joseth

Plaintiffs' Response to Defendants' Motion to Stay Discovery and Pretrial Deadlines
Pending Resolution of Motion to Compel Arbitration
Page **1** of **4**

Second, all Plaintiffs and Opt-In Plaintiffs, are entitled to their individual wage and hour records, pursuant to 29 U.S.C. §211. This obligation to provide wage and hour records to current and/or former employees who request them is an obligation that exists outside of the discovery process, and Defendants should provide those records to Plaintiffs and the Opt-In Plaintiffs even if this Court agrees to stay discovery and pretrial deadlines pending the resolution of Defendants' request for arbitration. Plaintiffs have requested these records from Defendants to no avail.

Regardless of whether this case remains in federal court or if this Court compels the cases to arbitration, Defendants will be required to provide those wage and hour records. Therefore, requiring Defendants to provide those records will not cause the parties to incur any costs or expend any resources that are not otherwise inevitable.

Similarly, allowing Plaintiffs and the Opt-In Plaintiffs to receive and review their records will allow them to amend their Statements of Claim (DE 14), or draft a detailed demand for arbitration, promptly after this Court rules on the request to compel arbitration. This serves the legal system's interest in efficiency, particularly in FLSA cases where this district requires the parties to show that a case is "uniquely complex" to justify not being on an expedited track. *See*, Order Requiring Discovery and Scheduling Conference, Order Requiring Statement of Claim and Response in FLSA Case, and Order Referring Discovery Matters to the Magistrate Judge (DE 4).

Having these records will also allow the Plaintiffs to calculate damages and exhaust settlement opportunities further furthering judicial economy.

Plaintiffs and the Opt-In Plaintiffs therefore respectfully request that this Court order Defendants' to provide the wage and hour records for each Plaintiff and Opt-In Plaintiff separately, and in addition to, any stay of the proceedings that this Court orders.

Plaintiffs' Response to Defendants' Motion to Stay Discovery and Pretrial Deadlines
Pending Resolution of Motion to Compel Arbitration
Page **2** of **4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic filing on January 6, 2023 on all counsel or parties of record on the Service List below.

s/Gabriel T. Roberts
Gabriel "Gabe" T. Roberts, Esq.
Florida Bar No. 1018435
Primary e-mail: GRoberts@scottlawteam.com
Secondary e-mail: mail@scottlawteam.com
Cathleen Scott, Esq.
Florida Bar Number 135331
Primary e-mail: CScott@scottlawteam.com
Secondary e-mail: mail@scottlawteam.com
SCOTT LAW TEAM, LLC
Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Secondary Address: 101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottLawTeam.com

Andrew Obeidy, Esq.
Florida Bar No. 910341
Email: andrew@obdlegal.com
Obeidy & Associates, P.A.
2755 E. Oakland Park Boulevard
Suite 225
Fort Lauderdale, FL 33306
Telephone: (305)892-5454
Facsimile: (954)206-6955

*Attorneys for Plaintiffs*

Plaintiffs' Response to Defendants' Motion to Stay Discovery and Pretrial Deadlines
Pending Resolution of Motion to Compel Arbitration
Page **3** of **4**

**SERVICE LIST**
**CASE NO. 22-23938-CIV-SCOLA**

Andrew M. McKinley, Esq.
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com
*Attorney for Defendant Nomi Health, Inc. and MedX Staffing, Inc.*

Plaintiffs' Response to Defendants' Motion to Stay Discovery and Pretrial Deadlines
Pending Resolution of Motion to Compel Arbitration
Page **4** of **4**