United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Barbara Alexis, and others, Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 22-23938-Civ-Scola ) |
| Nomi Health, Inc., and Medx Staffing, Inc., Defendants. | ) ) ) |

## Order Granting Motion to Stay

This matter is before the Court upon the motion to stay discovery and pretrial deadlines pending resolution of the motion to compel arbitration or, in the alternative, to dismiss for failure to state a claim filed by the Defendants, Nomi Health, Inc. ("Nomi") and Medx Staffing, Inc. ("Medx," and collectively, the "Defendants"). (Mot. to Stay, ECF No. 16.) The Plaintiffs have responded that they do not object to the imposition of a stay resolving the Defendants' motion to compel arbitration. (Resp., ECF No. 20.) The Defendants have timely replied. (ECF No. 23.) The Court, having reviewed the record, the briefing, and the relevant legal authorities, **grants** the motion. (**ECF No. 16**.)

District courts are given "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001). And district courts have "broad authority to grant a stay." *In re Application of Alves Braga*, 789 F. Supp. 2d 1294, 1307 (S.D. Fla. 2011) (Goodman, Mag. J.) Courts consider the relative prejudice and hardship "worked on each party if a stay is or is not granted," and general efficiency. *Fitzer v. Am. Institute of Baking, Inc.*, No. 209-cv-169, 2010 WL 1955974 (S.D. Ga. May 13, 2010). Moreover, so long as a stay is neither "immoderate" nor indefinite, a stay is appropriate in the interest of judicial convenience. *Ortega Trujillo v. Conover & Co. Communications, Inc.*, 221 F.3d 1262 (11th Cir. 2000) (provided that a stay will expire within reasonable limits, if it is not immoderate).

Here, the Plaintiffs do not object to the stay. (Resp. at 1.) The requested stay would be neither immoderate nor indefinite, as it will last only until the Court resolves the Defendants' motion to compel arbitration or to dismiss. (Mot. to Stay at 7.) Therefore, the Count finds the stay would be appropriate in these circumstances.

Accordingly, the Court **grants** the motion to stay. (**ECF No. 16**.) All discovery and pretrial deadlines are **stayed** until the resolution of the Defendants' pending motion to compel arbitration or, in the alternative, to dismiss for failure to state a claim. (ECF No. 15.)

**Done and ordered** at Miami, Florida, on January 13, 2023.

_____
Robert N. Scola, Jr.
United States District Judge